UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WINDWARD BORA, LLC,

                      Case No.: 1:19-cv-02256-AMD-ST

         Plaintiff,

vs.                                    NOTICE OF APPEARANCE AND
                                        DEMAND FOR SERVICE OF
U.S. BANK NATIONAL ASSOCIATION AS   PAPERS
LEGAL TITLE TRUSTEE FOR TRUMAN 2016
SC6 TITLE TRUST,

         Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**PLEASE TAKE NOTICE,** that the undersigned hereby appears in the above-captioned proceeding as attorneys for Defendant, U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST.

**PLEASE TAKE FURTHER NOTICE,** that demand is hereby made that notice of all future proceedings in the above-captioned matter be served upon:

**Blank Rome LLP**
**The Chrysler Building**
**405 Lexington Avenue**
**New York, New York 10174**

Dated: New York, New York
       June 13, 2019                      **BLANK ROME LLP**

                                      By:    ***/s/ Jonathan M. Robbin***
                                               Jonathan M. Robbin, Esq.
                                               The Chrysler Building
                                               405 Lexington Avenue
                                               New York, NY 10174
                                               Phone: (212) 885-5000
                                               *Counsel for Defendant*

151908.01214/120492573v.1