

Danielle P. Light, Esq.

450 Seventh Ave
Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

July 15, 2019

<u>VIA ECF</u>
Judge Ann M. Donnelly
United States District Court, EDNY
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   RE: *Windward Bora, LLC v. U.S. Bank National Association As Legal Title Trustee For Truman 2016 SC6 Title Trust*
      Case No.: 19-cv-02256(AMD)(ST)
      **Request For Mediation**

Dear Judge Donnelly,

We represent the Plaintiff Windward Bora, LLC in the above entitled matter. We would like to explore settlement options with the Defendant U.S. Bank National Association As Legal Title Trustee For Truman 2016 SC6 Title Trust ("Defendant"). As such, Plaintiff respectfully requests that this case be referred to the mediation program.

                Respectfully,

                */s/ Danielle P. Light*

cc: Jonathan M. Robbin, Esq.
   Blank Rome, LLP
   *Counsel for Defendant*
   1271 Avenue of The Americas
   New York, NY 10020

   Andrea M. Roberts, Esq.
   Blank Rome, LLP
   *Counsel for Defendant*
   1271 Avenue of The Americas
   New York, NY 10020