# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:*  (212) 885-5568
*Fax:*    (917) 591-9898
*Email:*  aroberts@blankrome.com

July 22, 2019

**Via ECF**
Hon. Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4GN
Brooklyn, New York 11201

Re: *Windward Bora, LLC v. U.S. Bank N.A.* 19-cv-2256
**Response to Plaintiff's Request for Mediation**

Your Honor:

We represent U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank") and we write in response to Your Honor's Order directed U.S. Bank to respond to Plaintiff, Windward Bora, LLC's ("Plaintiff") letter requesting this case be referred to the mediation program.

U.S. Bank is amenable to discussing resolution of this matter through settlement. However, U.S. Bank respectfully requests this matter be scheduled for a settlement conference prior to the parties' entry into the EDNY's Mediation Program. If, after a settlement conference, it appears that mediation makes sense, U.S. Bank would agree to the referral of this matter to the Mediation Program.

In the interim, U.S. Bank would like the pre-motion conference, currently scheduled for July 24, 2019, to proceed as scheduled.

Respectfully submitted,

*Andrea M. Roberts*

Andrea M. Roberts

cc: Hasbani & Light (via ECF)